**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADVANCED AUDIO DEVICES, LLC, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| AMAZON.COM, INC. | ) | |
| | ) | |
| defendant. | ) | |

## COMPLAINT

The plaintiff, ADVANCED AUDIO DEVICES, LLC ["AAD"], for its Complaint against

AMAZON.COM, INC. ["AMAZON"], states:

### THE PARTIES

1.      AAD is a limited liability company organized under the laws of the State of

Illinois and having a principal place of business at 725 North McKinley Road, Lake Forest,

Illinois 60045-1850.

2.      AMAZON is a corporation organized under the laws of the State of Delaware and

having a principal place of business at 410 Terry Avenue North, Seattle, Washington 98109-

5210.

### JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the

United States, 35 U.S.C. §§ 1 *et seq.*  This Court has subject matter jurisdiction over this action

under 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has personal jurisdiction over AMAZON because AMAZON regularly

transacts business within this judicial district and has committed acts of patent infringement in

this judicial district by selling and offering to sell infringing products in this district. Moreover, AMAZON maintains an interactive website directed at and accessible by residents of this district, on which users, including residents of this district, can purchase products, obtain product support, register to buy and deliver content, diagnose problems with products, download user manuals, and download software upgrades, thereby causing injury to AAD in this district.

5.     Venue lies within this judicial district under 28 U.S.C. §§ 1391(b)(2), 1391(c) and 1400(b), and 735 ILCS 5/2-209(1) and (2). AMAZON is subject to personal jurisdiction in this district because of its frequent transaction of business in this district and its acts of patent infringement committed within this district that cause injury to AAD in this district.

## THE INVENTION

6.     Peter Keller, a member of the plaintiff limited liability company, is one of the inventors of the patents asserted in this Complaint. His lifelong love of music includes playing piano from childhood. He is an avid jazz, pop and classical music enthusiast. Starting in the 1970s, Peter developed an extensive music library, mostly stored on reel-to-reel analog audio tape and vinyl records ("LPs"). In 1996, recognizing his tapes and records were beginning to degrade, and wanting to preserve his collection, Peter became frustrated with the inconvenience of (and poor results obtained from) using personal computers to create compact discs from a music library. Out of that frustration, Peter conceived of the Discribe™ Recorder, initially to facilitate converting analog music recordings into high quality digital representations, by editing and archiving them onto CD-R blank media. During prototype development, additional areas of functionality were invented by Peter, including that of a digital music "jukebox".

7.     As a result of that inventive work, Mr. Keller oversaw development of the Discribe™ Recorder, a device that allowed recording of both analog and digital signals onto

memory (like a hard drive) and subsequent playback, editing, and/or CD recording. The Discribe™ Recorder was the first device of this kind to be developed, and included on-the-box controls for all of its functions. The consumer-oriented Discribe™ Recorder contained many of the inventions claimed in the patents asserted herein. It was the precursor to a wide variety of related devices now on sale, including both home music "jukebox" units and portable digital music players, as well as other devices that provide similar functionality, including the device accused of patent infringement in this lawsuit.

### COUNT I—INFRINGEMENT OF UNITED STATES PATENT NO. 6,587,403

8. On July 1, 2003, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,587,403 ["the '403 patent"], entitled "Music Jukebox." A true and correct copy of the '403 patent is attached as Exhibit A.

9. AAD owns the '403 patent by assignment from the inventors.

10. AMAZON has infringed at least claim 1 of the '403 patent by making, using, selling, offering to sell, or importing into the United States, digital audio players, including at least the Amazon Kindle Fire, that embody at least this claim of the '403 patent.

11. AMAZON has actively induced infringement of the '403 patent by others.

12. AMAZON's infringement of the '403 patent has caused damage to AAD in the form of lost royalty payments.

13. AMAZON had actual knowledge of the '403 patent since at least January 15, 2013, yet continued its infringing conduct notwithstanding that knowledge. Accordingly, AMAZON's infringement has been willful and deliberate.

### COUNT II—INFRINGEMENT OF UNITED STATES PATENT NO. 7,289,393

14. On October 30, 2007, the United States Patent and Trademark Office duly and

legally issued United States Patent No. 7,289,393 ["the '393 patent], entitled "Music Jukebox." A true and correct copy of the '393 patent is attached as Exhibit B.

15.    AAD owns the '393 patent by assignment from the inventors.

16.    AMAZON has infringed at least claims 1, 30, 59, 77, 82, and 85 of the '393 patent by making, using, selling, offering to sell, or importing into the United States, digital audio players, including at least the Amazon Kindle Fire, that embody at least these claims of the '393 patent.

17.    AMAZON has actively induced infringement of the '393 patent by others.

18.    AMAZON's infringement of the '393 patent has caused damage to AAD in the form of lost royalty payments.

19.    AMAZON had actual knowledge of the '393 patent since at least January 15, 2013, yet continued its infringing conduct notwithstanding that knowledge.    Accordingly, AMAZON's infringement has been willful and deliberate.

**COUNT III—INFRINGEMENT OF UNITED STATES PATENT NO. 7,817,502**

20.    On October 19, 2010, the United States Patent and Trademark Office duly and legally issued United States Patent No. 7,817,502 ["the '502 patent"], entitled "Method of Using a Personal Digital Stereo Player."    A true and correct copy of the '502 patent is attached as Exhibit C.

21.    AAD owns the '502 patent by assignment from the inventors.

22.    AMAZON has infringed at least claim 1 of the '502 patent by making, using, selling, offering to sell, or importing into the United States, digital audio players, including at least the Amazon Kindle Fire digital audio player, that embody at least this claim of the '502 patent.

23.     AMAZON has actively induced infringement of the '502 patent by others.

24.     AMAZON's infringement of the '502 patent has caused damage to AAD in the form of lost royalty payments.

25.     AMAZON had actual knowledge of the '502 patent since at least January 15, 2013, yet continued its infringing conduct notwithstanding that knowledge. Accordingly, AMAZON's infringement has been willful and deliberate.

## COUNT IV—INFRINGEMENT OF UNITED STATES PATENT NO. 7,933,171

26.     On April 26, 2011, the United States Patent and Trademark Office duly and legally issued United States Patent No. 7,933,171 ["the '171 patent], entitled "Personal Digital Stereo Player." A true and correct copy of the '171 patent is attached as Exhibit D.

27.     AAD owns the '171 patent by assignment from the inventors.

28.     AMAZON has infringed at least claim 1 of the '171 patent by making, using, selling, offering to sell, or importing into the United States, digital audio players, including at least the Amazon Kindle Fire, that embody at least this claim of the '171 patent.

29.     AMAZON has actively induced infringement of the '171 patent by others.

30.     AMAZON's infringement of the '171 patent has caused damage to AAD in the form of lost royalty payments.

31.     AMAZON had actual knowledge of the '171 patent since at least January 15, 2013, yet continued its infringing conduct notwithstanding that knowledge. Accordingly, AMAZON's infringement has been willful and deliberate.

## COUNT V—INFRINGEMENT OF UNITED STATES PATENT NO. 8,400,888

32.     On March 19, 2013, the United States Patent and Trademark Office duly and legally issued United States Patent No. 8,400,888 ["the '888 patent"], entitled "Personal Digital

Stereo Player Having Controllable Touch Screen." A true and correct copy of the '888 patent is attached as Exhibit E.

33.    AAD owns the '888 patent by assignment from the inventors.

34.    AMAZON has infringed at least claim 1 of the '888 patent by making, using, selling, offering to sell, or importing into the United States, digital audio players, including at least the Amazon Kindle Fire digital audio player, that embody at least claim 1 of the '888 patent.

35.    AMAZON has actively induced infringement of the '888 patent by others.

36.    AMAZON's infringement of the '888 patent has caused damage to AAD in the form of lost royalty payments.

37.    AMAZON had actual knowledge of the '888 patent since at least July 23, 2013, yet continued its infringing conduct notwithstanding that knowledge. Accordingly, AMAZON's infringement has been willful and deliberate.

WHEREFORE, Advanced Audio Devices, LLC prays that this Court enter judgment in AAD's favor and against AMAZON.COM, INC., and to award:

A.    Damages adequate to compensate AAD for the infringement that has occurred, in the amount of a reasonable royalty;

B.    Prejudgment interest from the dates AMAZON received notice of its infringement of the patents-in-suit;

C.    All costs of this action;

D.    Increased damages under 35 U.S.C. § 284;

E.    Attorneys' fees under 35 U.S.C. § 285;

F.    A permanent injunction prohibiting further infringement of the patents-in-suit;

and

G.     Such other and further relief as this Court may deem proper.

## JURY DEMAND

AAD requests a trial by jury on all issues triable by jury.

Respectfully submitted,
ADVANCED AUDIO DEVICES, LLC

Date: October 22, 2013                          By:  /Timothy M. McCarthy/

Timothy M. McCarthy
    312-985-5561
    tmccarthy@clarkhill.com
James A. O'Malley
    312-985-5562
    jomalley@clarkhill.com
CLARK HILL PLC
150 N. Michigan Ave.
Chicago, Illinois  60601
Tel:  (312) 985-5900
Fax: (312) 985-5999

## INDEX OF EXHIBITS

A.  U. S. Patent No. 6,587,403

B.  U. S. Patent No. 7,289,393

C.  U. S. Patent No. 7,817,502

D.  U. S. Patent No. 7,933,171

E.  U.S. Patent No. 8,400,888

9725411.2 34978/155594